NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRECK, INC.,**
*Plaintiff-Appellee,*

v.

**RESEARCH & DIAGNOSTIC SYSTEMS, INC. and TECHNE CORPORATION,**
*Defendants-Appellants.*

---

2011-1044

---

Appeal from the United States District Court for the District of Nebraska in case no. 06-CV-0458, Chief Judge Joseph F. Bataillon.

---

## ON MOTION

---

Before FRIEDMAN, *Circuit Judge.*

## ORDER

Research & Diagnostic Systems, Inc. and Techne Corporation move for an "administrative stay" of the permanent injunction entered by the United States District Court for the District of Nebraska, pending this court's consideration of its motion for a stay pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an administrative stay is denied.

FOR THE COURT

DEC 2 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kurt J. Niederluecke, Esq.
Floyd R. Nation, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2010

JAN HORBALY
CLERK